37 A.3d 1172

Thomas DAVIS, Appellant

v.

The **DEPARTMENT OF CORRECTIONS RECORD SUPERVISOR Brenda Goodall S.C.I. Mercer, Appellees.**

Supreme Court of Pennsylvania.

Dec. 21, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the Order of the Commonwealth Court is AFFIRMED.